# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00630-CR

**David Browne, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-466, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State's brief was originally due on July 7, 2015. On counsel's motions, the deadline for filing was extended to September 30. State's counsel has now filed a third motion requesting that the Court extend the time for filing the State's brief an additional 30 days. We grant the motion for extension of time and order State's counsel to file a brief no later than October 30, 2015. No further extension of time will be granted, and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on October 2, 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish